Anita Susan Brenner, Esq. (SBN 58741)
Leonard E. Torres, Esq. (SBN 60106)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone:  (626) 792-3175
Facsimile:   (626) 792-2921
E-mail:        info@torresbrenner.com

Attorneys for Defendant County of Los Angeles, a public entity

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA POULET,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, ET AL.<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-11188-FLA-AS<br>(Los Angeles Superior Court Case No.: 20STCV03796)<br><br>**DEFENDANT COUNTY OF LOS ANGELES' STATUS REPORT IN RESPONSE TO ORDER OF FEBRUARY 5, 2024 [ECF 71]** |

**TO THE HONORABLE FERNANDO L. AENLEE-ROCHA, UNITED STATES DISTRICT JUDGE:**

Counsel for Defendant County of Los Angeles hereby submits this Status Report. Defense counsel has other litigation with Vincent W. Davis, Esq. and his law firm. In those cases, recently, Mr. Davis has not been available. Those matters have been handled by other attorneys of record in those cases. On February 16, 2024, defense counsel telephoned Mr. Davis and was told that Mr. Davis is not available. As result, Defense counsel has not been able to meet and confer with Mr. Davis.

Discovery and law and motion deadlines have now expired. Discovery is closed.

The sole remaining liability issue in this case is pre-referral policy compliance.

The Court denied the motion for summary judgment on the following issue:
"Defendant neither claims nor proves that an investigation of Plaintiff resulted in substantiated findings of abuse or neglect, its investigating social worker completed a BCIA 8583 form, the form was forwarded to the DOJ, or the SOC Forms were mailed to Plaintiff."
Order, ECF 71, p. 8.

Defense counsel respectfully requests that the Court bifurcate the issue of liability, on the pre-referral policy compliance. The question of compliance with the pre-referral policy is a question of fact.

**Trial Dates**

Defense counsel is available for trial on this matter on any dates between October 21, 2024, and January 30, 2025, and February 24 and August 1, 2025.

Given the Court's ruling, the trial estimate is one (1) day to present defense witnesses on liability. However, given the Plaintiff's testimony at deposition, where she made a number of damages claims, expert testimony will be required and

1  the damages phase would require an additional 3 days of trial time.

2                          Respectfully submitted,

3  Dated: February 16, 2024      LAW OFFICES OF TORRES & BRENNER

By: _____
Anita Susan Brenner, Esq.
Attorneys for Defendant County of
Los Angeles, a public entity

# CERTIFICATION OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on February 16, 2024, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT COUNTY OF LOS ANGELES' STATUS REPORT IN RESPONSE TO ORDER OF FEBRUARY 5, 2024 [ECF 71]**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed in Pasadena, California on February 16, 2024.

*Idalia H. Guzman*
Idalia G. Guzman